An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

RENARD TRUMAN POLK,
Appellant,
vs.
THE STATE OF NEVADA; GREG COX;
ROBERT LEGRAND, WARDEN; KATE
MARSHALL; CATHERINE CORTEZ
MASTO; ROSS MILLER; AND REX
REED,
Respondents.

No. 62165

**FILED**

MAR 2 6 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

### ORDER DISMISSING APPEAL

Our review of the documents before us on appeal reveals a jurisdictional defect. Specifically, it appears that no written, file stamped order denying injunctive relief has been entered below. See NRAP 3A(b)(3); Rust v. Clark Cty. School District, 103 Nev. 686, 689, 747 P.2d 1380, 1382 (1987) (stating that oral pronouncements are not appealable). Accordingly, as it appears that no written, appealable order denying injunctive relief has not been entered in the underlying case, we lack jurisdiction to consider this appeal and we

ORDER this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

SUPREME COURT
OF
NEVADA

(O) 1947A

13-08941

cc: Hon. Kenneth C. Cory, District Judge
Renard Truman Polk
Attorney General/Carson City
Eighth District Court Clerk